THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ZACHARY STOUT,<br><br>                        Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner,<br>Social Security Administration,<br><br>                        Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 4:25-cv-00144-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Magistrate Judge Paul Kohler's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommends reversal and remand of the Commissioner's decision denying Plaintiff Zachary Stout's claim for disability insurance benefits.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[2] is adopted in its entirety. The Commissioner's decision is REVERSED, and the case is REMANDED to the Commissioner for further proceedings. On remand, the Commissioner should re-evaluate Plaintiff's credibility in full compliance with Social Security Rule 16-3p.

---

[1] Docket no. 17, filed July 9, 2026.

[2] *Id*. at 10.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED and the

Commissioner's decision is REVERSED, and the case is REMANDED to the Commissioner for

further proceedings. On remand, the Commissioner should re-evaluate Plaintiff's credibility in

full compliance with Social Security Rule 16-3p.

The Clerk is directed to close the case.

Signed July 27, 2026.

BY THE COURT

David Nuffer
United States District Judge

---

[3] Docket no. 17, filed July 9, 2026.